## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Viktor V. Pohorelsky        DATE: 12/15/2016

DOCKET NUMBER:   16-782M          FTR #: 3:32 – 3:34

DEFENDANT'S NAME:   John Doe
         _X_ Present    ___ Not Present    ___ Custody    _X_ Bail

DEFENSE COUNSEL:   James Darrow for Samuel Jaconson
         _X_ Federal Defender    ___ CJA    ___ Retained

A.U.S.A:   Keith Edelman            CLERK:   M. Sica

INTERPRETER: _____ (Language) _____

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.    ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____
   ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_X_ Order of Excludable Delay/Speedy Trial entered. Start 12/15/16  Stop 1/13/2017

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

_X_ Status conference set for 1/13/2017 @ 11AM before: Duty Magistrate

Other Rulings: Status conference will take place in Courtroom 2A. Defense questioned the Court on a photo copy of Defendant's passport.